JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JESUS CASTRO, | ) | Case No. CV 19-1651-SP |
| Plaintiff, | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| ANDREW M. SAUL, Commissioner of Social Security Administration, | ) | |
| Defendant. | ) | |

Pursuant to the Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and this action is dismissed with prejudice.

Dated: November 25, 2020

SHERI PYM
United States Magistrate Judge